IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00965-BNB

HERMAN BARNES, JR.,

    Plaintiff,

v.

D. ALLRED,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Herman Barnes, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

In an order filed on April 28, 2010, Magistrate Judge Boyd N. Boland granted the § 1915 motion, required Mr. Barnes to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $4.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, Mr. Barnes was informed he must file a current copy of his trust fund account statement. The April 28 order warned Mr. Barnes that if he failed by the designated deadline to have the $4.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by

which to pay the initial partial filing fee, the complaint would be dismissed without further notice. The April 28 order also informed Mr. Barnes that, after payment of the initial partial filing fee, he was required to make monthly payments of twenty percent of the preceding month's income credited to his trust fund account or show cause each month why he had no assets and no means by which to make the monthly payment by filing a current copy of his trust fund account statement.

On May 7, 2010, Mr. Barnes filed a document titled "Motion to Show Cause Why the Plaintiff Cannot Pay the $4.00 Filing Fee," in which he contends he does not have sufficient funds to pay the initial partial filing fee. However, Mr. Barnes has failed to show cause as directed in the April 28 order, i.e., by filing a current copy of his trust fund account statement. Instead, he filed as an attachment to the May 7 document a "Response to Inmate Request to Staff Member" dated June 24, 2009, which precedes the filing of this action, is not related to this action, and does not address the payment of the initial partial filing fee owed in this action. In addition, the certified account statement Mr. Barnes originally filed on April 20, 2010, as an attachment to his Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, shows that as of April 9, 2010 the balance in his trust fund account was $36.96, more than enough to pay the $4.00 initial partial filing fee.

Mr. Barnes has failed, within the time allowed, to pay the $4.00 initial partial filing fee or to show cause as directed why he is unable to do so. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for the failure of Plaintiff, Herman Barnes, Jr., within the time allowed, to pay

2

the initial partial filing fee of $4.00 or to show cause as directed why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 8th day of June, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00965-BNB

Herman Barnes, Jr.
Reg. No. 22698-086
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/8/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk